NO. 07-13-00142

| | | |
|---|---|---|
| JAMES SANCHEZ | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | * | OF THE SEVENTH |
| vs. | * | SUPREME JUDICIAL |
| | * | DISTRICT OF TEXAS |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AMARILLO, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, the Appellant, and files this Motion for an Extension of Time in which to file the Appellate Brief. In support of this motion, Appellant shows the Court the following:

I.

On April 10, 2013, the Jury found the Appellant guilty of the charge of Possession of a Controlled Substance as alleged in the indictment in Cause No. 2011-432,865. On April 10, 2013. That same day the Jury made a special finding of use of a Deadly Weapon and assessed punishment at Forty (40) years TDCJ-Institutional Division. On April 25, 2013, the Appellant filed his Motion for New Trial. He filed his Notice of Appeal on April 30, 2013. The Appellant's Affidavit of Indigency was filed on May 7, 2013. The Trial Court's Certification of the Defendant's Right to Appeal, was filed on April 10, 2013. The Clerk's Record was filed on August 7, 2013, and the Reporter's Record was filed on September 9, 2013.

## II.

The current deadline for filing the Appellate Brief is December 9, 2013. The Appellant has a pending request to extend the filing deadline to December 23, 2013, that has not been acted upon.

## III.

Attorney for the Appellant would further show the Court that he has been diligent in preparing the appellate brief in this case.

## IV.

On December 23, 2013, Appellant's Attorney was made aware that at least one trial court in Lubbock County was refusing to conduct pre-trial hearings in case where certain Lubbock Police Officers who are currently being investigated by the Lubbock Police Department were likely to be called as witnesses at trial. Investigator Tony Williams is one of those officers currently under suspension from the Lubbock Police force and the subject of an internal investigation. All of the contraband admitted at the Appellant's trial was originally located by Inv. Williams. His credibility is crucial to the State case as presented to the Jury.

Attorney for the Appellant needs additional time to obtain and review evidence of a type called for in Rule 10.2 of the Texas Rules of Appellate Procedure prior to submitting either the Appellant's brief or a Motion to Abate this Appeal.

## V.

Appellant's attorney would ask for an additional thirty (30) days from December 9,

2013, in order to properly research and prepare either the Appellant's brief or a Motion to Abate this appeal.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellate Brief to January 8, 2014.

Respectfully Submitted,

DANIEL J. WARRICK
Attorney at Law
P.O. Box 225
Lubbock, Texas 79408-0225
Telephone (806)762-6626
Facsimile (806)765-8585
SBN 20893515
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing Motion for Extension of Time to File Appellate Brief has been mailed to the Appellant James Sanchez TDCJ # 01855905, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas 75884 and sent via email to Mr. Kollin Shadle, Appellate Division, Lubbock County Criminal District Attorney's Office, on this 23rd day of December, 2013.

DANIEL J. WARRICK

# Daniel J. Warrick

*Attorney at Law*

1212 Texas Avenue
P.O. Box 225
Lubbock, Texas 79408-0225
Telephone (806) 762-6626
Facsimile (806) 765-8585

December 23, 2013

Ms. Peggy Culp, Clerk
Court of Appeals
P.O. Box 9540
Amarillo, Texas 79105

Re:     Case No. 07-13-00142-CR, James Sanchez v. The State of Texas
in the Court of Appeals for the 7th District, of Amarillo, Texas

Dear Ms. Culp:

I have enclosed the Original of the Appellant's Motion for Extension of Time to File Appellate Brief for the above appeal. After filing, I request that you submit them to the Justices for their consideration.

Thank you for your assistance to me in this matter. Please call me if you have any questions.

Sincerely,

Daniel J. Warrick

DJW/cw

Enclosure as stated

cc:     Mr. Kollin Shadle via e-mail

Mr. James Sanchez
TDCJ # 01855905
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884